IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00331-BNB-KLM

LUCY E. CARTER,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC, f/k/a Allied Interstate, Inc.,

    Defendant.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served August 8, 2013 and the acceptance thereof filed August 22, 2013 and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED judgment is hereby entered for the Plaintiff Lucy E. Carter and against Defendant Allied Interstate, LLC in the amount of $1,001.00, plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 0.14%, established under 28 U.S.C. § 1961 from the date of entry of judgment.

DATED at Denver, Colorado this   26th   August, 2013.

                                  JEFFREY P. COLWELL, CLERK

                                  By:   s/ Edward P. Butler
                                        Edward P. Butler,  Deputy Clerk